UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMAD A. AZAD,

                    Plaintiff,

-against-

LOUIS A. MOLINA; BENNY BOSCIO;
SOLANGE N. GREY; JAMIE
VANDENGURGH; WYNTON GRAISE;
ASIM REHMAN; JOCELYN MCGEACHY-
KULS; PETER C. TROXLER; JOEY
JACKSON LAW, PLLC; KARASYK &
MOSCHELLA, LLP; CORRECTION
OFFICERS' BENEVOLENT
ASSOCIATION, INC.; CITY OF NEW
YORK,

                    Defendants.

24-CV-1623 (JPO)

ORDER OF SERVICE

---

J. PAUL OETKEN, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue summonses as to Defendants Louis A. Molina; Benny Boscio; Solange N. Grey; Jamie Vandenburgh; Wynton Graise; Asim Rehman; Jocelyn McGeachy-Kuls; Peter C. Troxler; Joey Jackson Law, PLLC; Karasyk & Moschella, LLP; Correction Officers' Benevolent Association, Inc.; and the City of New York. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses.[1]

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because he did not request summonses. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated: March 11, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge