UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                                         :

MOHAMMAD A. AZAD,                    :

                    Plaintiff,          :

           v.                                :          24-CV-1623 (JPO)
                                            :

LOUIS A. MOLINA, *et al.*,              :             ORDER

                    Defendants. :
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

      Defendants Peter Troxler and Joey Jackson Law, PLLC, filed a motion for sanctions on August 16, 2024. This Court's Individual Practices in Pro Se Cases require a Plaintiff to file an opposition brief, which is a brief making legal arguments against Defendants' motion. Plaintiff has not filed an opposition.

      Plaintiff's time to file an opposition is extended to **September 30, 2024**. His opposition must arrive at the Court's Pro Se Office by that deadline. If Plaintiff's opposition is not delivered to the Pro Se Office before that date, the Court will consider Defendants' motion to be unopposed.

      The Clerk is directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

                                                  _____
                                                       J. PAUL OETKEN
                                                   United States District Judge