UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
                                           :

MOHAMMAD A. AZAD,             :

                     Plaintiff,   :

               v.          :         24-CV-1623 (JPO)

                                           :

LOUIS A. MOLINA, *et al.*,       :         ORDER

                   Defendants. :

---------------------------------------------------------X

J. PAUL OETKEN, District Judge:

       Plaintiff's time to file an opposition to the Motion to Dismiss filed by Defendants Peter

Troxler and Joey Jackson, PLLC, and a reply to the City's forthcoming answer is extended to

**October 7, 2024**.  His opposition must arrive at the Court's Pro Se Office by that deadline.  If

Plaintiff's opposition is not delivered to the Pro Se Office before that date, the Court will

consider Defendants' motion to be unopposed.

       The Clerk is directed to mail a copy of this order to the Plaintiff.

SO ORDERED.

Dated:  September 13, 2024
       New York, New York

                                   _____
                                       J. PAUL OETKEN
                                United States District Judge