UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MOHAMMAD A. AZAD,

                 Plaintiff,

     -v-

LOUIS A. MOLINA, *et al.*,

                 Defendants.

24-CV-1623 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    Plaintiff Mohammad A. Azad's motion to amend his Complaint is GRANTED. Azad is directed to file his amended complaint by October 28, 2024.

    Azad is also directed to oppose the motion for sanctions filed by Defendants Peter Troxler and Joey Jackson Law, PLLC, (ECF Nos. 19-20) by October 28, 2024. Azad filed a letter on September 30, 2024, arguing that the motion for sanctions was procedurally improper because the date listed on the public docket did not match the filing date listed in the motion. (ECF No. 41.) However, such a discrepancy does not violate the Federal Rules of Civil Procedure. Thus, Azad is directed to file his opposition by October 28, 2024, or the motion for sanctions will be considered unopposed.

    The Clerk of Court is directed to mail a copy of this order to the Plaintiff.

    SO ORDERED.

Dated: October 15, 2024
       New York, New York

                                                J. PAUL OETKEN
                                                United States District Judge