UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                           :

MOHAMMAD A. AZAD,
                                  Plaintiff,

                        v.                              24-CV-1623 (JPO)

LOUIS A. MOLINA, *et al.*,                      ORDER
                              Defendants.
-------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

       The City of New York and defendants employed by the City of New York moved to dismiss Plaintiff's amended complaint on December 3, 2024. (ECF No. 51.) Joey Jackson Law, PLLC, and defendants employed by that firm moved to dismiss on December 6, 2024. (ECF No. 54.) And the Correction Officers' Benevolent Association, Inc., and Benny Boscio moved to dismiss on February 13, 2025. (ECF No. 64.) Though Plaintiff previously filed a motion of opposition to the motion for sanctions, he has not filed any opposition to these three motions to dismiss his amended complaint.

       This Court's Individual Practices in *Pro Se* Cases require a plaintiff to file an opposition brief, which is a brief making legal arguments against Defendants' motions. Plaintiff's time to file an opposition is extended to **March 24, 2025**. His opposition must arrive at the Court's *Pro Se* Office by that deadline. If Plaintiff's opposition is not delivered to the *Pro Se* Office before that date, the Court will consider Defendants' motions to be unopposed.

       The Clerk of Court is directed to mail a copy of this order to the *pro se* Plaintiff.

SO ORDERED.

Dated: March 7, 2025
       New York, New York

                                                                             J. PAUL OETKEN
                                                                      United States District Judge