# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

MOHAMMAD A. AZAD,

                Plaintiff,                      24 **CIVIL** 1623 (JPO)

    -against-                       **<u>JUDGMENT</u>**

LOUIS A. MOLINA, et al.,

                Defendants.

-----------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 25, 2025, Defendants' motions to dismiss are GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

       June 26, 2025

                                                    **TAMMI M. HELLWIG**

                                                          **Clerk of Court**

                           **BY:**

                                                          **Deputy Clerk**